THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE WILLIAMS, Appellant.

(Argued May 7, 1912; decided May 21, 1912.)

APPEAL from a judgment of the Supreme Court, rendered November 23, 1911, at a Trial Term for the county of Westchester, upon a verdict convicting the defendant of the crime of murder in the first decree.

*George C. Andrews* for appellant.

*Francis A. Winslow, District Attorney (Lee Parsons Davis* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: VANN, J.